JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIELA VILLAGRAN CASASOLA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant. | Case No. EDCV 23-2193-JPR<br><br>**J U D G M E N T** |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Commissioner's request for an order affirming his final decision is GRANTED and judgment is entered in the Commissioner's favor.

DATED: September 13, 2024

　　　　　　　　　　　　　　　　　JEAN P. ROSENBLUTH
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE